UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>**EXERGY DEVELOPMENT GROUP OF IDAHO, LLC,**<br><br>Debtor. | Case No. **17-60312-7** |
| **ROSS RICHARDSON**,<br><br>Plaintiff,<br><br>-vs-<br><br>**MARTY CONNELL AGRICULTURAL AND FINANCIAL MANAGEMENT, INC.,**<br><br>Defendant. | Adv. No. **18-00001-BPH** |

# *O R D E R*

At Butte in said District this 23rd day of August, 2018.

The Plaintiff/Trustee Ross Richardson commenced this Adversary Proceeding on January 11, 2018, seeking the sum of $56,909.31 from the Defendant as a preferential transfer. On May 31, 2018, the Plaintiff filed a Motion for Approval of Compromise wherein he sought an Order approving the settlement of this matter for the sum of $22,454.65. Plaintiff's Motion for Approval of Compromise was accompanied by a notice granting parties 14 days to respond and request a hearing. After the response period expired and given that no objections were filed, the Court entered an Order on June 15, 2018, approving the compromise. With the Court's approval of the compromise, it appears the trial in this matter scheduled for September 12, 2018, can be vacated

1

and this Adversary Proceeding closed. Accordingly,

    IT IS ORDERED that the trial in this matter scheduled for September 12, 2018, is vacated; and the Clerk of Court is directed to close this Adversary Proceeding.

/s/ Benjamin P. Hursh
Honorable Benjamin P. Hursh
U.S. Bankruptcy Judge